# EXHIBIT

# B

☐**FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

*FILED IN*
*2022 DEC 13 PM 4:11*
*PUEBLO COMBINED COURT*
*CLERK OF COURT*

| | |
|---|---|
| District Court _____ County, Colorado<br>Court Address: *501 N Elizabeth Street*<br>*Pueblo, Colorado 81003*<br>*719-404-8700* | |
| Plaintiff(s): *Valerie C Harris Panlateo*<br>*1308 27th Lane*<br>v. *Pueblo Colorado 81006*<br>Defendant(s): *SC Johnson & Son Herbert Fisk Johnson III*<br>*1525 Howe street Racine Wc 53418* | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>*Valerie C Harris Panlateo*<br>*1308 27th Lane*<br>Phone Number: *719-320-8941*  E-mail: *Pueblo Co 81006*<br>FAX Number:                Atty. Reg. #: | Case Number:<br><br>*22CV165* |

| |
|---|
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,<br>COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT<br>AND JURY DEMAND** |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   ☑ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

   By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

   **Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.  ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

Date: *12-11-2022*

*Valerie C Harris Pinto Reo*
**Signature of Party**

Date: _____

_____
**Signature of Attorney for Party (if any)_____**

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

JDF 601SC   R3-22   DISTRICT COURT CIVIL (CV) CASE COVER SHEET          Page 2 of 2

| District Court, _____ County, Colorado<br>Court Address: _____ Sto. 116<br>Pueblo, CO 81003 | **FILED IN**<br>2022 DEC 12 ', 2: 49<br>PUEBLO COMBINED COURT<br>CLERK OF COURT<br>▲   COURT USE ONLY   ▲ |
|---|---|
| Plaintiff _Valerie C Harris PantaLeo_<br><br>v.<br><br>Defendant _SC Johnson & Son, Herbert Fisk Johnson_<br>_1525 Howe street_<br>_Racine WI 53408_ | Case Number:<br>_22CV65_<br>Division: _403_ Courtroom: _403_ |

## DISTRICT COURT CIVIL SUMMONS

**TO THE ABOVE NAMED DEFENDANT:** _SC Johnson & Son, Herbert Fisk Johnson III_

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: _12-12-2022_

Clerk of Court/Clerk

_Valerie C Harris PantaLeo_
Signature of Plaintiff

_1808 29th lane_
Address of Plaintiff

_Pueblo Colorado   81006_

_919-320-9941_
Plaintiff's Phone Number

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

**TO THE CLERK:** If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600   R10-13   DISTRICT COURT CIVIL SUMMONS

page 1 of 3

FILED IN
2022 DEC 12    2:50
PUEBLO COMBINED COURT
CLERK OF COURT

☐ Small Claims  ☐ County Court  ☒ District Court
☐ Probate Court  ☐ Juvenile Court  ☐ Water Court
_____ County, Colorado
Court Address: 501 N. Elizabeth Street
Pueblo, Colorado 719-404-8700   81003

Plaintiff: Valerie C. Harris Pantaleo
1308 27th Lane, Pueblo, Co 81006

v.

Defendant: S C Johnson & Sons, Herbert Fisk Johnson III
1525 Howe Street, Racine WI 53403-2236

Attorney or Party Without Attorney: (Name & Address)
Valerie C Harris Pantaleo
1308 27th Lane
Pueblo, Colorado 81006
Phone Number 719-320-9941
FAX Number:
E-mail: Valharris456@gmail.com
Atty. Reg. #:

▲ COURT USE ONLY ▲
Case Number: 20CV65
Div.: 403    Ctrm:

## Complaint

Comes now Plaintiff Valerie C. Harris Pantaleo in Pro Se, principal address 1308 27th Lane Pueblo, Colorado 81006, I am a type 2 diabetic A-1C is 7.3 I take Trulicity weekly, exhibit 1 & 2 & 3

## I General Allegations

1. on or about 12-10-2020 Valerie C Harris Pantaleo cleaned her bathroom shower/tub enclosure. Plaintiff slipped and got some of the defendant product SC Johnsons Scrubb and Bubbles on her left foot, bottom & toe she washed her foot off thoroughly

2. on 12-11-2020 the Plaintiff left foot was red and swollen plaintiff went to the doctors office was given a broad-spectrum antibiotic. Exhibit A

3. on 12-12-2020 the plaintiffs left foot had a hole on the bottom of the foot the top of the foot had swelling the big toe & long toe (innermost toe) Exhibit B 1 & 2

4. by 12-13-2020 the long toe through the top of the foot bump had severe blacken skin tissue showing signs of infection causing deep tissue & nerve damage.  Exhibit C

5. by 12-15-2020 The long toe had ruptured all the way through to the bottom.  Exhibit D 1 & D 2

6. I was in Parkview hospital Medical Center 400 W. 16th street Pueblo, Colorado 81003 12-14-2020 the end result is removal of long toe & Metatarsals bone, debridement removing dead tissue, clearing out infection, caused by Caustic and/or chemical Burn.  Exhibit E-1 & E-2

page 1 of 3

| | | |
|---|---|---|
| ☐ Small Claims | ☐ County Court | ☒ District Court |
| ☐ Probate Court | ☐ Juvenile Court | ☐ Water Court |

_____ County, Colorado

Court Address: 501 N. Elizabeth Street
Pueblo, Colorado 719-409-8700    81003

Plaintiff: Valerie C. Harris Pantoleo
1308 27th Lane, Pueblo, Co 81006

v.

Defendant: SC Johnson & Sons, Herbert Fisk Johnson III
1525 Howe Street, Racine WI 53403-2236

Attorney or Party Without Attorney: (Name & Address)

**△ COURT USE ONLY △**

Case Number:

Phone Number:
FAX Number:
E-mail:
Atty. Reg. #:

Div.:          Ctrm:

## Complaint

Comes now Plaintiff Valerie C. Harris Pantoleo in Pro Se, principal address 1308 27th Lane Pueblo, Colorado 81006, I am a type 2 diabetic A-1C is 7.8 State publicity weekly, April 18 2 23

### General Allegations

1. I am a plaintiff 12-10-2020 Valerie C. Harris Pantoleo cleaned her bathroom shower tile enclosure - Plaintiff wiped and got some of the defendant product SC Johnson Scrubbing Bubbles on her left foot, bottom & toe she washed her foot off thoroughly.

2. on 12-11-2020 The Plaintiff left foot was red and swollen plaintiff went to the doctor's office who given a broad-spectrum Antibiotic Ill Exhibit A

3. on 12-12-2020 the plaintiffs left foot had a hole in the bottom of the foot the top of the foot had swelling the big toe & long toe (inner most toe) Exhibit B 1 & 2

4. by 12-13-2020 The long toe through the top of the foot bump had severe blackin skin, tissue showing signs of infection causing deep tissue n nerve damage   Exhibit C

5. by 12-15-2020 The long Toe had ruptured all The way through to the bottom Exhibit D1 & D-2

6. I was in Parkview hospital Medical Center 400 W 16th Street Pueblo, Colorado 81003 12-14-2020 the end result is removal of long Toe & Metatarsals bone, debridement removing dead tissue, cleaning out infection, caused by Caustic and or chemical Burn(.)   Exhibit E-1 & E-2

7. Defendant: S.C. Johnson Scrubbing Bubbles Bathroom Germ Fighter, principal address 1525 Howe street Racine, Wi 53403-2236 (not to be confused with Johnson and Johnson of Chicago, Ill)

8. Scrubbing Bubbles had a complete make over new improved Formula After my chemical Burn injury. Exhibit F

9. Scrubbing Bubbles by SC Johnson & Son, received an F from E.W.G. Environmental Working Group they true Chemical Safety rating not bad, dangerous, Toxic Exhibit G

10. Scrubbing Bubbles by SC Johnson & Son are banned in the European Union for their products containing harmful Chemicals dangerous which include DEGBE, Butoxydiglycol, and ALKYL Dimethyl Benzyl Ammonium Chlorides. exhibit H-1-H-5

11. On 3-11-2021 Valerie C Harris Pantaleo wrote SC Johnson & Son Inc, 1525 Howe street Racine Wi 53403 a letter informing them of this incident, the Company requested a break down of costs, expenses, medical, rehabilitation, damages, compensation, all costs Valerie C Harris Pantaleo sent what they requested along with all medical, Doctor reports, letter on 1-22-2022 totality $350.00 exhibit I

12. SC Johnson & Son in their sent me a letter requiring Valerie C Harris Pantaleo to let terry M Sugden Senior Consumer Representative if I had retained Council-attorney I sent them a letter in response 8-23-2022 I was learning how to walk, balance & deal with phantom pain, limb-loss etc exhibit J-1

13. April 16-2021 Centura Health sent me a letter stating Valerie C Harris Pantaleo suffered a chemical burn in which resulted in a severe infection, loss of a toe and bone. exhibit K

14. Oct 03-2022 Terri M Sugden Senior Consumer Representative sent Valerie C Harris Pantaleo a letter see exhibit M

15. Sept 14-2022 Valerie C. Harris Pantaleo received a letter from Berkowitz Oliver LLP from Kansas, Missouri stating Compensation was denied by SC Johnson & Son in July 2021 This is so untrue Valerie C Harris Pantaleo received letters from SC Johnson & Son corresponding about a settlement, exhibit L

16. Oct 03-2022 Valerie C Harris Pantaleo received a letter from SC Johnson & son Wanting her (Ms Harris Pantaleo) or her attorney to Contact SC Johnson & Son in order to evaluate Valerie C. Harris Pantaleo claim. Their were Harsh damaging Chemicals Exhibit M

Page 3 of

16. in Scrubbing Bubbles by S.C. Johnson & Son up until the new Improved Formula came out in 2021, SC Johnson & Son acted in Bad Faith (deceptive Manner)

17. Oct 10-2023 Valerie C. Harris Pantoleo received a letter from Scrubbing Bubbles attorneys Bahowitz, Berce from Kansas city missouri, responding to Valerie C. Harris Pantoleo phone call.

18. Hospital extra stay, medical, medication, after Hospital Care home health Care, doctors office check up, Park and outpatient care unit (weekly visits) & wound care, Vacuum-assisted closure of a wound (amazing machine product)

19. included in the totality of costs are Valerie C. Harris Pantoleo paid a person to drive her to & from appointments, due shopping, yard work, wash dishes, due laundry, pump gas, clean house, the above costs are every day necessities to heal and survive, Valerie C. Harris Pantoleo was unable to walk, along with every day things that normally would get done (no more tennis, ice skating, just enjoyable walks for about 1 one) year.

20. if Valerie C. Harris Pantoleo tried to walk to far in between her big toe & 3rd toe would crack and trickle blood. exhibit M.

21. foot healing (the toes) between your toes and ankle still swells when I walk. Valerie C. Harris Pantoleo has to have special shoes that hold along with support her foot.

I am trying to recover the sum of $750,000.⁰⁰

Date: _____

_____
Signature of ☐Petitioner/Plaintiff

_____
Address

_____
City, State, Zip Code

_____
Telephone Number

# Your Results

POC HGB A1C

Collected on 1/28/2021

Resulted on 1/28/2021

Authorized by

Sydney Marie Brock, DO

Resident

Resulted by

BROCK, SYDNEY MARIE
(85251)

Resulting Agency:

SOUTHERN COLORADO
FAMILY MEDICINE
RESIDENCY

* **Hemoglobin A1C
(POC)**

7.8 %

Reference Range
4 - 5.6



0002-3182-80

**trulicity.**
(dulaglutide)
injection

**4.5 mg/0.5 mL**

nce weekly

4 Single-Dose Pens

Each pen d

Use one p

**VALERIE HARRIS**
PO BOX 72, BOONE, CO 810250072

DATE **06/01/22**

TRULICITY 4.5MG/0.5ML SDP 0.5ML
MFG LILLY
**INJECT 4.5 MG UNDER
THE SKIN ONCE A WEEK**

RX **3551715-06283**        USE BEFORE Mfg. Labeled Date

QTY **6**
3 REFILLS BEFORE 06/01/23        SRAVANTHI PARITALA, MD
                                 Qty Rem 18

**Rx only** *Walgreens*
                1013 BONFORTE BLVD, PUEBLO, CO 81001
For subcu

Single-Do     **(719) 544-9998**

**Dispense the accompanying
Medication Guide to each
patient.**

www.trulicity.com

Created on: 12/22/20  0018                Parkview Medical Center

**Patient:**   HARRIS,VALERIE C
**Acct Num:** A00198593753
**Unit Num:** M000566724
**Specimen:** 20:SU:9894

**DOB:** 03/07/1956 (64/F)
**Phys:** Kyle Delbar, MD
**Loc:** 3SW  3SW25 1
**Received:** 12/19/20 - 0608
**Spec Type:** SURGICAL P

## DIAGNOSIS

A.  Left second toe and metatarsal head, ray amputation:
    --Necrotizing soft tissue infection of dorsal toe and plantar ulceration;
    --No evidence of osteomyelitis involving metatarsal head;
    --See comment.

B.  Left second metatarsal margin, amputation:
    --Negative for osteomyelitis

## COMMENT

Wound culture has grown methicillin-resistant Staphylococcus aureus.  Please refer to Microbiology
sensitivity testing.

## CLINICAL SUMMARY

Osteomyelitis of left second digit and metatarsal head

## GROSS EXAMINATION

A.  Received in formalin labeled with the patient's name and "left second metatarsal bone and digit"
ray amputation including the metatarsal head and plantar tissue at the base of the metatarsal
phalangeal joint.  The separate metatarsal head measures 2.4 cm in length by 1.7 cm in diameter.
bone is uniformly hard.  The amputated toe measures approximately 6 x 4.5 x 3 cm.  The skin and so
tissue of the dorsal toe is gray and necrotic.  There is a plantar ulcer at the base of the metatarsal
phalangeal joint measuring 1.5 cm.

Slide key:
A1: Metatarsal head (decalcified)
A2. Plantar ulcer



Exhebit A
day after got
blisters on my foot

Exhibit B-1

Exhibit C



Exhibit D-1



10

Exhibit D-2

# VALERIE C HARRIS

MRN M000566724

Date of Birth 03-07-1956

# Assessment 12-14-2020

## Assessment Summary

## Left Foot, Dorsum: Wound 2

Image taken
12-14-2020
23:34:42

Reference
Image





Area (none available)

12-14-2
Area ●

Exhibit E-

Image taken
12-21-2020
11:56:34

Reference
Image



729 / 926    100%

cm2

Area (last 1 assessment)



12-21-20

Area

Exhibit

13-2

this product. Awful.

# Scrubbing Bubbles – Antibacterial Bathroom Cleaner & Extend-A-Clean Mega Shower Foamer

Despite its cheery cartoon scrub brush mascot, Scrubbing Bubbles bathroom and shower cleaners should do anything but bring a smile to your eco-loving face. These products contain chemicals banned in the European Union including DEGBE, which can irritate and inflame the lungs. The European Union bans this chemical in household cleaners in concentrations above 3 percent. These products contain up to 10 percent.

Defendant #10





Know your environment.
Protect your health.

**F**

### Scrubbing Bubbles Antibacterial Bathroom Cleaner, Fresh Clean

| See: | General Purpose Bath... | Brand: Scrubbing Bub... | Company: S.C. Jo... |
|------|-------------------------|--------------------------|----------------------|

| | | |
|---|---|---|
| Asthma/Respiratory | | Moderate Concern |
| Skin Allergies & Irritation | | Some Concern |
| Developmental & Reproductive Toxicity | | Some Concern |
| Cancer | | Some Concern |
| Environment | | Some Concern |

**How does it rate:** Scores for similar cleaners ranged **from VERIFIED to F**. Search for a better General Purpose Bathroom Cleaner

**Top Scoring Factors:** Regulatory violation; May contain ingredients with potential for respiratory effects; general systemic/organ effects; developmental/endocrine/reproductive effects

| Ingredient Disclosure: poor | Green Certified: NO | |
|-----------------------------|----------------------|---|

## Product ingredients

### Known Ingredients

| Ingredient | Health, Environment, and Disclosure Concerns | Score |
|------------|----------------------------------------------|-------|
| ALKYL DIMETHYL BENZYL AMMONIUM CHLORIDES (C12-16) | **Moderate Concern:** general systemic/organ effects, respiratory effects; **Some Concern:** developmental/endocrine/reproductive effects | F |
| BUTOXYDIGLYCOL | **Moderate Concern:** respiratory effects; **Some Concern:** damage to vision, developmental/endocrine/reproductive effects | F |
| | **Concerns from [ETHYLENE OXIDE]: Some Concern:** cancer, | |

*Exhibit 9*

(/)

(tel:+18559651688)

# 10 Dangerous Cleaning Products

Home (https://www.hwnn.com) » 10 Dangerous Cleaning Products

April 5, 2021

Cleaning is essential to protecting our health in our homes, schools, and workplaces. However, cleaning products—incluc

soaps, polishes, and grooming supplies—often include harmful chemicals.

It's important to read labels and avoid dangerous products (https://www.hwnn.com/birmingham/defective-product-

lawyer/) or take precautions if you must use them.

ONLINE NOW

Hi! A live, real person is available
24/7 at no obligation.

LIVE CHAT

## 10 Dangerous Cleaning Products

You likely have many of these 10 dangerous cleaning products (https://www.rd.com/) in your home:

### 1. Conventional All-Purpose Cleaners

Start Chat

Many cleaners used for stuck-on messes and grease contain glycol ethers, a type of petrochemicals. Glycol ethers can enter

the bloodstream through inhalation or through the skin, even if you're wearing gloves.

## Drain Cleaners

Drain cleaners contain sodium hydroxide, a toxic and highly corrosive chemical also known as lye. If it touches your skin or gets in your eyes, it can cause severe burns.

(tel:+18559651688)

If a child swallows a drain cleaner, it can damage the stomach and esophagus. The child could need surgery or even die.

**Alternative:** Use a mechanical "snake" tool to unclog drains.

## 5. Toilet Cleaners

Products such as Lysol Power Toilet Bowl Cleaner Complete Clean© contain hydrochloric acid, which can burn your eyes and skin. Mixing products that contain chlorine with products that contain acids can produce toxic chlorine gas.

© TOXIC NOW

**Alternatives:** Select a cleaner without hydrochloric acid. You can also use vinegar to help keep your toilet clean.

Hi! A live, real person is available
24/7 at no obligation.

## 6. Oven Cleaners

Oven cleaners contain highly concentrated lye, which is very corrosive. It can burn your skin and eyes and is toxic if swallowed.

**Alternative:** Use baking soda paste.



## 7. Scrubbing Bubbles©

Start Chat

Scrubbing Bubbles© is effective for killing bacteria. But the alkyl dimethyl benzyl ammonium chlorides in this product can cause respiratory problems. Another ingredient, butoxydiglycol is banned in the EU at concentrations over three percent because of its impact on the lungs.

LIVE CHAT

Scrubbing Bubbles Antibacterial Bathroom Cleaner.

Missing: ~~Soviet~~ | Must include: Soviet

## People also ask

Is Scrubbing Bubbles dangerous? ^

Despite its cheery cartoon **scrub** brush mascot, **Scrubbing Bubbles** bathroom and shower cleaners should do anything but bring a smile to your eco-loving face. These products contain chemicals banned in the European Union including DEGBE, which can irritate and inflame the lungs. Aug 23, 2012

www.organicauthority.com › 10-ho...
10 Household Cleaners To Avoid At All Costs - Organic Authority

More results

*exhibit H-2*

A surprising number of the most harmful toxins ever created are found right in our own kitchen, bathroom, bedroom, and even right inside your mop closet. The Environmental Working Group, a non-profit organization focused on environment and public health, recently came out with their Cleaners Hall of Shame list. With products containing carcinogens, asthma instigators, and poisons, some sparkly cleaners might come at a high price.

According to the EWG study, 53 percent of cleaning products under review contained lung-harming ingredients. In addition, well-known carcinogens like formaldehyde and chloroform were found in several cleaners. Here is a list of dangerous cleaning products found in most homes.



**1. Scrubbing Bubbles – Antibacterial Bathroom Cleaner & Extend-A-Clean Mega Shower Foamer (Banned Abroad)**

These products contain up to 10 percent DEGBE, also called butoxydiglycol, a solvent banned in the European Union at concentrations above 3 percent in aerosol cleaners. It can irritate and inflame the lungs.

*exhibit H-3*



ENVIRONMENTAL WORKING GROUP

4/17

## Scrubbing Bubbles - Antibacterial Bathroom Cleaner & Extend-A-Clean Mega Shower Foamer.

According to the EWG, these products contain up to 10 percent DEGBE, also called butoxydiglycol, a solvent banned in the European Union at concentrations above 3 percent in aerosol cleaners. The solvent can irritate and inflame the lungs.

*exhibit H-4*

Credit: Environmental Working Group

3-11-2021

to SC Johnson a Family Company     page 1 of 2
SC Johnson & Son inc.
1625 Howe street
Racene, Wi 53403-2236

   Enclosed are copies of pictures
of the product used, my foot, bills, ext

   I have used your products for
years, I am 65 years old.
   I was cleaning my Tub enclosure
I was going to clean the back n side
walls when I went to spray, I started
to slip my left foot went into the tub I
had already sprayed, some of the product
allso got onto my toe next to the big toe.
my foot swelled, I called my doctor &
went into the doctors office there was
also a rupture on the bottom of my foot
along with a spot about to rupture on
the toe next to the big toe pictures enclosed
   then on the toe next to my big
Toe it ruptured by now Doctors were at the

exhibit 1

page 2 of 2

hospital running tests along with Doctors
from infectious disease due to my wound
being from a chemical burn. My toe next to
my big toe had to be removed along with
a long part of the bone that was badly
infected. The above happened quickly.
to look at your foot where their was a
toe your toe it is devastating.

Healing begins stay off your feet.
Keep your foot propped up only go to the
rest room or kitchen with use of a walker
❂ weight on your foot or it will split open.
for four months now to date it is almost
healed. I had to have all done for me
laundry, yard work, shopping, cooking,
cleaning and so on. There is a lot more
like the discomfort, the pain, the lose
of a Toe. The adjustment to this traumatic
set of circumstances. $350,000 so far

Sincerely & thank you Valerie Harris
P.O. Box 72
Boone, Co 81025

719-320-9941
719-369-1904

[illegible] C. Harris Pantaleo
1308 27th [illegible]
Pueblo, Colorado 8100[illegible]

Aug 23, 2022

[illegible] Building
S.C. Johnson & Son

On per our phone conversation as of [illegible] date August 23, 2022. [illegible] C. Harris Pantaleo [illegible] [illegible] [illegible] S.C. Johnson & Son [illegible] [illegible] [illegible]

[illegible]

[illegible]

020790159 A
Harris Pantaleo
TMS
m/s 048 CLG

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL PERMIT NO. 201 RACINE, WI

POSTAGE WILL BE PAID BY ADDRESSEE

**S. C. Johnson & Son, Inc.**
Mail Station No. 048
1525 Howe Street
Racine, Wisconsin 53403-9986

exhibit J-1



# Centura Health.

902 LAKEVIEW AVE
PUEBLO CO 81004-3597
719-557-5855

April 16, 2021

Valerie Christie Harris
Po Box 72
Boone CO 81025

To whom it may concern:

Ms. Harris suffered a chemical injury to her foot, which resulted in a severe infection loss of a toe.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Sravanthi S Pantala, MD

*exhibit K*

# BERKOWITZOLIVER LLP

JOHN W. SHAW
DAVID F. OLIVER
THOMAS P. SCHULT
KIRK A. PETERSON
JOCELYN A. VILLANUEVA
JEFFREY D. MORRIS
STEPHEN M. BLEDSOE
ANTHONY J. DURONE
TIMOTHY S. MILLMAN
STACEY R. GILMAN
KATHLEEN M. NEMECHEK
NICK J. KURT

2600 GRAND BOULEVARD • SUITE 1200
KANSAS CITY, MISSOURI 64108
TELEPHONE: (816) 561-7007
FACSIMILE: (816) 561-1888

SHARON A. STALLBAUMER
CHRISTINA M. WAHL
SHAZZIE NASEEM
JENNIFER B. WIELAND
LAURA K. BROOKS
MEGAN D. COSTELLO
TIMOTHY D. WALLNER
CARSON M. HINDERKS
LAUREN TALLENT
BENJAMIN B. DONOVAN
BLAKE P. SAFFELS
WILLIAM L. HUPP

Thomas P. Schult
tschult@berkowitzoliver.com
Direct Dial: (816) 627-0239

September 14, 2022

**VIA E-MAIL AND U.S. MAIL**

Ms. Valerie Harris-Pantaleo
P.O. Box 72
Boone, Colorado 81025

Re:    *Your Claim for Compensation*

Dear Ms. Harris-Pantaleo:

SC Johnson has asked me to respond to your letter of August 23, 2022, relating to your claim for compensation that was denied by SC Johnson in July 2021.

Thank you for confirming that when you wrote your letter you were not represented by an attorney. It would not be appropriate for me to communicate directly with you if you have an attorney. If since the date of your letter you have hired a lawyer to further prosecute your claim, please take this letter to her or him.

SC Johnson denied your claim because the injuries you described would not occur if you came in contact with the product while using it to clean your shower. As SC Johnson explained in its denial letter, the formula of the Scrubbing Bubbles® product does not cause injury when the product is used as intended. This popular product is used millions of times each year without incident.

Before denying the claim, SC Johnson's Consumer Relationship Center representatives working with you asked you to provide medical records and information to support your allegations. The information you provided was carefully analyzed and did not support that the product caused your injuries.

*exhibit L*

# BERKOWITZOLIVER LLP

Ms. Valerie Harris-Pantaleo
September 14, 2022
Page 2

So that you can decide whether to pursue legal action against SC Johnson, we want to be clear that SC Johnson stands by its denial of your claim.

Although your claim was denied, SC Johnson and its CRC representatives who have worked with you hope you are continuing to recover from the injury you sustained in December 2020.

Sincerely,

Thomas P. Schult

TPS/sal

CSR1

**From:**       Valerie Harris <valharris456@gmail.com>
**Sent:**      Monday, October 03, 2022 3:04 PM
**To:**          valharris456@gmail.com; jeggering23@gmail.com; CSR
**Subject:**  Fwd: Your Inquiry About Scrubbing Bubbles® Bathroom Cleaner Fresh Ref# 020383087H

Sent from my iPhone

Begin forwarded message:

> **From:** Valerie Harris <valharris456@gmail.com>
> **Date:** October 3, 2022 at 2:35:24 PM MDT
> **To:** valharris456@gmail.com
> **Subject: Fwd: Your Inquiry About Scrubbing Bubbles® Bathroom Cleaner Fresh Ref#020383087H**

Sent from my iPhone

Begin forwarded message:

> **From:** consumerproducts@scj.com
> **Date:** May 23, 2022 at 10:00:14 AM MDT
> **To:** valharris456@gmail.com
> **Subject: Your Inquiry About Scrubbing Bubbles® Bathroom Cleaner Fresh Ref#020383087H**

Dear Valerie,

Thank you for your email regarding the status of your claim for compensation. SC Johnson believes it could be helpful to the claim process for your attorney speak with SC Johnson's attorney who is evaluating the claim. If a conversation between attorneys would be helpful to you, please let us know the name and contact information for your attorney.

Regards,

Teri M. Sugden
Senior Consumer Representative
Consumer Relationship Center
SC Johnson, A Family Company

USA 1-800-558-5252 | scjohnson.com
Canada 1-800-558-5566 | scjohnson.ca



healing cant Walk like Normal

exhibit M        8 months later



















just before
losing my toe



